**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Blockwise Engineering, LLC, et al.,<br><br>            Plaintiffs,<br>    vs.<br><br>Machine Solutions, Inc., et al.,<br><br>            Defendants. | No. CV-07-0755-PCT-PGR<br><br>ORDER |

The parties having filed a Stipulation to Dismiss (doc. #29) which is sufficient to automatically effectuate the dismissal of this action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(ii) without the necessity of a court order, <u>Eitel v. McCool</u>, 782 F.2d 1470, 1472-73 and n.4 (9th Cir. 1986),

IT IS ORDERED that the Clerk of the Court shall terminate this action.

DATED this 15th day of October, 2007.

Paul G. Rosenblatt
United States District Judge